IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:   Walter Williams, Jr.   :   Chapter 13 Case No. 14-13254
         :
         Debtor   :   Judge Arthur I. Harris
         :
         :
         :   **APPLICATION FOR FEES**
         :

Now comes Renee Heller, attorney for debtor, and hereby submits the attached fee bill for services rendered in accordance with the Rights and Responsibilities filed herein.

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtors
14077 Cedar Road, Suite 101
Cleveland, OH 44118
216 691-0404; 216 291-2907 (fax)
rhlegal@aol.com

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of January, 2015, copies of this Application were served by ordinary U.S. mail or electronically to the persons listed below:

Craig Shopneck, Trustee
ch13shopneck@ch13cleve.com

Walter Williams, Jr., debtor
13914 Cranwood, Garfield Hts., OH 44125

Bank of America, NA
c/o Rachel Mason, Esq., 11340 Montgomery Road, Ste 210, Cincinnati, OH 45249

Capitak One Natl Association
PO Box 30281, Salt Lake City, UT 84130

Capital One Bank
PO Box 30281, Salt Lake City, UT 84130

Chase BP, PO Box 15298, Wilmington, DE 19850

Chase/Bank One, PO Box 15298, Wilmington, DE 19850

Convergent Outsourcing Inc
10750 Hammerly Blvd., #200, Houston, TX 77043

Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872

DSNB/Macy's, PO Box 8218, Mason, OH 45040

Ford Motor Credit, PO Box 542000, Omaha, NE 68154

GECRB/JC Penney, PO Box 965007, Orlando, FL 32896-5007

GECRB/Walmart, PO Box 965024, Orlando, FL 32896-5024

Home Depot, PO Box 6497
Sioux Falls, SD 57117-6497

Household Finance, 961 Weigel Drive
Elmhurst, IL 60126

OneMain Financial. PO Box 183172
Columbus, OH 43218-3172

Shawnett Williams, 13914 Cranwood Park Blvd, Cleveland, OH 44125

Shell/Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497

Springleaf, 961 Weigel Drive, Elmhurst, IL 60126

           /s/ Renee Heller
           Renee Heller
           Attorney for Debtor