**EXHIBIT B TO ADMINISTRATIVE ORDER** 03-6
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re: Walter Williams, Jr. ) Chapter 13 Case No. 14-13254
)
    Debtor ) Judge Arthur I Harris

**APPLICATION FOR POST-CONFIRMATION FEES**

1. In accordance with Administrative Order No. 03-6, the attorney for the debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s) as follows:

___    Post-confirmation plan modification
    Date filed_____ Hearing Dates: _____
    Amount Requested $_____

___    Motion for authority to buy, sell or refinance real property
    Date filed: _____ Hearing Date: _____
    Amount Requested _____

___    Motion to incur additional debt (purchase/lease vehicle, purchase residence, etc.)
    Date filed _____ Hearing Date(s) _____
    Amount Requested $_____

___    Defense of additional motion for relief from stay, beyond one concerning the debtor's residence and one concerning a vehicle, which are included within the initial fee
    Date filed_____ Hearing Date(s)_____
    Amount Requested $_____

___    Motion for authority to settle insurance claims and/or to use or distribute insurance proceeds.
    Date filed_____ Hearing Date(s)_____
    Amount Requested $_____

___    Motion to reinstate automatic stay.
    Date filed_____ Hearing Date(s)_____
    Amount Requested $_____

_X_    Motion seeking suspension of the plan or payment deferral
    Date filed 7/31/2015 Hearing Date(s) 8/27/2015
    Amount Requested $ 400.00

2. The undersigned represents to the Court that the services indicated above have been completed, that time records verifying the services have been kept, that written consent of the debtor(s) to pay the amount requested is being filed and served with this application, and that additional compensation is requested in the amount of $400.00. Counsel further certifies that a copy of this Application was served upon the debtor(s), the Chapter 13 Trustee, and the U.S. Trustee as set forth below.

**3. The debtor, the Chapter 13 Trustee, or any interested party may file a response or object to this application within twenty days from service, with the Clerk of Courts of the United States Bankruptcy Court. A copy of the response or objection shall be served upon the debtor(s), the Chapter 13 Trustee, and debtor's counsel. If no response or objection is timely filed, the Court may enter an Order allowing the fees.**

Respectfully submitted,

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtor(s)
14077 Cedar Road, Suite 101
Cleveland, OH 44118
(216) 691-0404; (216) 291-2970 (fax)
rhlegal@aol.com

# CERTIFICATE OF SERVICE

A copy of this document was sent electronically or by regular US mail on this 21st day of of August, 2015, to the following:

**Debtor(s):**
Walter Williams, Jr., debtor
13914 Cranwood Park, Cleveland, OH 44125

**Chapter 13 Trustee:**
ch13shopneck@ch13cleve.com

**US Trustee:**
usdoj @ registered address


/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtor(s)
14077 Cedar Road, Ste 101
Cleveland, OH 44118
(216) 691-0404; (216) 291-2970 (fax)
rhlegal@aol.com